# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| RONALD WHEELER HARTWICK, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:19-cv-00360-KDB |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 18, 2020 Order.

August 18, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court