# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00360-KDB

| | |
|---|---|
| RONALD WHEELER HARTWICK, | |
| Plaintiff, | |
| v. | **ORDER** |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

This action being submitted to the Court for entry of a Consent Order agreed to by the Parties and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the Parties have agreed that Plaintiff, Ronald Hartwick, is awarded attorney fees and costs under the Equal Access to Justice Act (EAJA) in the amount of $6,035.70 in full and final settlement of attorney's fees and costs arising under the EAJA. 28 U.S.C. § 2412(d). In accordance with Plaintiff's corresponding Consent Motion, full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

**IT IS THEREFORE ORDERED** that, pursuant to the above, the Commissioner pay the sum of $6,035.70 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

**SO ORDERED**.

Signed: December 17, 2020

Kenneth D. Bell
United States District Judge