IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00360-KDB

| | |
|---|---|
| **RONALD WHEELER HARTWICK,**<br><br>**Plaintiff,**<br><br>v.<br><br>**KILOLO KIJAKAZI, Acting Commissioner of Social Security,**<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney's Fees under 42 U.S.C. § 406(b). (Doc. No. 25). Plaintiff requests that the Commissioner of Social Security pay $13,165.50 in attorney fees, representing 25% of Plaintiff's accrued back benefits, from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Plaintiff previously has been awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $5,611.35. (Doc. No. 22). Having found the requested fee to be reasonable, the Court will grant the Motion.

It is therefore **ORDERED** that the Commissioner of Social Security pay to Plaintiff's Counsel, Evan Metaxatos, the sum of $13,165.50, sent to his office at 1011 East Morehead Street Charlotte, NC 28277, and that Plaintiff's counsel pay to Plaintiff the sum of $5,611.35.

**SO ORDERED.**

Signed: October 17, 2022

Kenneth D. Bell
United States District Judge